```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

DOUG MARR,                      )
                                )
            Plaintiff,           )          8:12CV18
                                )
    v.                          )
                                )
TIM DUNNING, Sheriff of         )            ORDER
Douglas County, Nebraska, in    )
his official capacity, and      )
DOUGLAS COUNTY, NEBRASKA, a     )
political subdivision,          )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file amended complaint (Filing No. 12). The Court notes defendants have no objection. Accordingly,

IT IS ORDERED:

1) The motion is granted; plaintiff shall have until March 15, 2012, to file his amended complaint.

2) The parties shall submit their Rule 26(f) report within ten days after defendants have filed their answers.

DATED this 8th day of March, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court