IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

DOUG MARR,                          )
                                    )
              Plaintiff,            )          8:12CV18
                                    )
         v.                         )
                                    )
TIM DUNNING, Sheriff of             )          ORDER
Douglas County, Nebraska, in        )
his official capacity, and          )
DOUGLAS COUNTY, NEBRASKA, a         )
political subdivision,              )
                                    )
              Defendants.           )
_____)


          This matter is before the Court on plaintiff's motion

for leave to file amended complaint (Filing No. 22), defendants'

objection to Filing No. 22 and motion to strike motion for leave

(Filing No. 23), objection to Filing No. 22 and motion to strike

(Filing No. 25), and withdrawal of objections and motions to

strike (Filing No. 26).  The Court finds the motion for leave to

file an amended complaint and the withdrawal should be granted.

Accordingly,

          IT IS ORDERED:

          1) Plaintiff's motion for leave to file amended

complaint is granted; plaintiff shall have until June 18, 2012,

to file his amended complaint.

2) The withdrawal of objections and motions to strike is granted; Filing Nos. 23 and 25 are deemed withdrawn.

DATED this 7th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court