IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DOUG MARR,                          )
                                    )
            Plaintiff,              )       8:12CV18
                                    )
       v.                           )
                                    )
TIM DUNNING, Sheriff of             )       ORDER
Douglas County, Nebraska, in        )
his official capacity, and          )
DOUGLAS COUNTY, NEBRASKA, a         )
political subdivision,              )
                                    )
            Defendants.             )
_____)
```

      This matter is before the Court on plaintiff's motion for leave to file second amended complaint (Filing No. 28). Plaintiff represents that defendants have no objection. Accordingly,

      IT IS ORDERED that plaintiff's motion for leave to file second amended complaint is granted; plaintiff shall have until July 6, 2012, to file his second amended complaint.

      DATED this 2nd day of July, 2012.

                                 BY THE COURT:

                                 /s/ Lyle E. Strom
                                 _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court